STATE OF NEW JERSEY v. RICHARD POWELL.

February 26, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. CLARENCE H. GOINGS.

February 26, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. PAUL JONES, JR.

February 26, 1980.

Petition for certification denied.